UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-22588-EA

KAR PROPERTIES, LLC and
SHAHAB KARMELY,

Plaintiff,

v.

KARL DUESTERBERG,

Defendant.
_______________________________________/

**ORDER DISMISSING CASE WITH PREJUDICE AND ADMINISTRATIVELY CLOSING CASE**

This cause is before the Court on the parties' [49] Joint Motion for Dismissal With Prejudice.

Therefore, it is **ORDERED AND ADJUDGED**:

1. The Joint Motion is hereby **GRANTED.**

2. This case is **DISMISSED WITH PREJUDICE** as to all parties and all claims, pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

4. Each party shall bear their own attorneys' fees and costs, except as otherwise provided in the parties' settlement agreement

5. The Clerk of the Court is instructed to **ADMINISTRATIVELY CLOSE THIS CASE** for statistical purposes only.

6. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of May 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

Kenneth James Duvall
Bilzin Sumnerg Baena Price and Axelrod, LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
kduvall@bilzin.com

Megan L. Barney
Bilzin Sumberg Baena Price and Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131
mbarney@bilzin.com

Robert P. Frankel
Law Offices of Robert P. Frankel, P.A.
Royal Palm I At South pointe
1000 Pine Island Road, Suite 410
Plantation, FL 33324
robert@frankelpa.com

Michael Peter Mayoral
Perez Mayoral, P.A.
999 Ponce De Leon Blvd., Suite 705
Coral Gables, FL 33134
MMAYORAL@PMLAWFLA.COM

Richard Villalba
Perez Mayoral PA
999 Ponce de Leon, Ste 705
Miami, FL 33134
rvillalba@wolfsonlawfirm.com